UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD SCOTT,<br><br>          Plaintiff,<br><br>    v.<br><br>CALIFORNIA HEALTH CARE FACILITY,<br><br>          Defendant. | No. 2:18-cv-0635 TLN CKD P<br><br>ORDER |

Plaintiff is a California prisoner proceeding pro se with a civil action. On June 26, 2018, the court recommended that this action be dismissed for plaintiff's failure to file an amended complaint. In response to that recommendation, plaintiff asks for a stay so that he may locate certain documents and retain counsel.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's June 26, 2018 findings and recommendations are vacated.

2. Plaintiff's request for a stay is granted.

3. The Clerk of the Court is directed to administratively close this case.

4. If plaintiff is not ready to submit an amended complaint within one year, plaintiff shall file a status report.

/////

1

5. Plaintiff is advised that the stay imposed this case will not toll or delay the running of any limitations period applicable to any claim plaintiff may raise in the future.

Dated: August 29, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
scot0635.sty