UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD SCOTT,<br><br>          Plaintiff,<br><br>     v.<br><br>CALIFORNIA HEALTH CARE FACILITY,<br><br>          Defendant. | No.  2:18-cv-0635 TLN CKD P<br><br>FINDINGS AND RECOMMENDATIONS |

On October 29, 2020, plaintiff's amended complaint was dismissed with leave to amend. Plaintiff was granted until February 1, 2021 to file a second amended complaint and has not done so. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time  /////

/////

1

waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 10, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
scot0635.fta